```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

SHELDON NATHAN, #122230                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 5:14-cv-119(DCB)(MTP)

CORRECTIONS CORPORATION OF AMERICA, ET AL.                DEFENDANTS

## ORDER GRANTING EXTENSION OF TIME

This cause having come before the Court on defendant Corrections Corporation of America's Motion for Extension of Time to File Dispositive Motions **(docket entry 23)**, in which it requests a 30-day extension of the pretrial motion deadline. The Court finds that the motion is filed in good faith and not as a result of any delay or dilatory conduct; and further finds that there will be no prejudice to the plaintiff.

Accordingly,

IT IS HEREBY ORDERED that defendant Corrections Corporation of America's Motion for Extension of Time to File Dispositive Motions **(docket entry 23)** is GRANTED, and the dispositive motion deadline (previously November 2, 2015) is extended to December 2, 2015.

SO ORDERED, this the 5th day of November, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE